UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPEHR EUGENE BUCKNER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>UNITED PARCEL SERVICES, INC., )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:17-CV-417-BO** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's motion to dismiss [DE 8] is GRANTED.

**This Judgment Filed and Entered on November 2, 2017, and Copies To:**

Christopher Buckner          (Sent to 4732 Banview Lane, Apex, NC 27593 via US Mail)

Susan Ballantine Molony      (via CM/ECF electronic notification)

DATE:                        PETER A. MOORE, JR., CLERK

November 2, 2017             (By) /s/ Nicole Briggeman
                             Deputy Clerk